ORAL ARGUMENT NOT YET SCHEDULED

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>       *Petitioners*,<br><br>     v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>       *Respondents*. | Case No. 21-70162 (consolidated with Case nos. 21-70194, 21-70684, 21-70727, 21-70930) |

**EPA'S STATUS REPORT**

As required by the Court's August 10, 2021 Order, EPA submits this status report.

At dispute are determinations of no unreasonable risk made in EPA's final risk evaluation for 1,4-dioxane issued pursuant to section 6(b) of the Toxic Substances Control Act, 15 U.S.C. § 2605(b). 86 Fed. Reg. 1,495 (Jan. 8, 2021). In August 2021, the Court granted EPA's motion for voluntary remand without vacatur to allow EPA to reconsider the no-unreasonable-risk determinations. Order, ECF No. 27. As EPA explained in a previously filed declaration, the Agency plans to reconsider these determinations, taking into account a public notice-and-comment process, and to consider possible changes in response to this

public participation.

EPA published the "2023 Draft Supplement to the 1,4-Dioxane Risk Evaluation" for public review and comment in July 2023. Further, on July 26, 2023, EPA released the "1,4-dioxane; Draft Revision to Toxic Substances Control Act Risk Determination" for public review and comment. *See* 88 Fed. Reg. 48,249 (July 26, 2023). The public comment period on both the draft revised risk determination and the draft supplement closed on September 8, 2023. Additionally, the Science Advisory Committee on Chemicals ("SACC") conducted a peer review of the draft supplement, including at a virtual public meeting that was held on September 12–14, 2023. On November 16, 2023, EPA docketed the meeting minutes and peer review report from the SACC. EPA will review the public comments and the peer review report before finalizing the supplement or any revision to the risk determination.

Because agency proceedings are ongoing, this case should stay in abeyance. The next status report is due on April 29, 2024.

Date: January 24, 2024

Respectfully Submitted,

*s/ Brandon N. Adkins*

BRANDON N. ADKINS
  Environment & Natural Resources
  Division
  U.S. Department of Justice
  P.O. Box 7611
  Washington, D.C.  20044
  (202) 616-9174
  brandon.adkins@usdoj.gov

3

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**Form 15. Certificate of Service for Electronic Filing**

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** 21-70162, 21-70194, 21-70684, 21-70727, 21-70930

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[   ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[   ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)***:**

EPA'S STATUS REPORT

**Signature** *s/ Brandon N. Adkins*                    **Date: January 24, 2024**