ORAL ARGUMENT NOT YET SCHEDULED

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

ENVIRONMENTAL DEFENSE FUND,
*et al.*,

      *Petitioners*,

    v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

      *Respondents*.

Case No. 21-70162
(consolidated with
Case nos. 21-70194, 21-70684,
21-70727, 21-70930)

## EPA'S STATUS REPORT

As required by the Court's August 10, 2021 Order, EPA submits this status report.

At dispute are determinations of no unreasonable risk made in EPA's final risk evaluation for 1,4-dioxane issued pursuant to section 6(b) of the Toxic Substances Control Act, 15 U.S.C. § 2605(b). 86 Fed. Reg. 1,495 (Jan. 8, 2021). In August 2021, the Court granted EPA's motion for voluntary remand without vacatur to allow EPA to reconsider the no-unreasonable-risk determinations. ECF No. 27.

EPA finalized a revised unreasonable-risk determination and a supplement to the risk evaluation for 1,4-dioxane. 89 Fed. Reg. 89993 (Nov. 14, 2024). The

revised unreasonable-risk determination superseded and withdrew the determinations that are challenged in these consolidated petitions.

In December 2024, the revised unreasonable-risk determination, the supplement to the risk evaluation, and the order withdrawing the previous determinations were challenged in a petition for review filed in the U.S. Court of Appeals for the Fifth Circuit. *Union Carbide Corp. v. EPA*, 5th Cir. Case No. 24-60615. The outcome of that petition could impact whether the consolidated petitions here should continue notwithstanding EPA's completion of the administrative reconsideration.

Undersigned counsel conferred with counsel for all Petitioners. The parties agree that these consolidated cases should stay in abeyance. The next status report is due on April 28, 2025.

Date: January 27, 2025

Respectfully Submitted,

*s/ Brandon N. Adkins*
BRANDON N. ADKINS
   Environment & Natural Resources
   Division
   U.S. Department of Justice
   P.O. Box 7611
   Washington, D.C.  20044
   (202) 598-9562
   Brandon.Adkins@usdoj.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** 21-70162, 21-70194, 21-70684, 21-70727, 21-70930

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[   ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[   ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)***:**

EPA'S STATUS REPORT

**Signature** *s/ Brandon N. Adkins*                **Date: January 27, 2025**